# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Timothy D. Newhart a/k/a Timothy Newhart a/k/a Tim D. Newhart a/k/a Tim Newhart dba Newhart Stone Prtshp** <br> **Debtor(s)** | **BK NO. 21-01644 MJC** <br><br> **Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon F/K/A The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2006-13 and index same on the master mailing list.

    Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
01 Nov 2021, 14:17:42, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322