UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

TIMOTHY D. NEWHART
* Debtor(s)

Case Number: 5-21-01644
Chapter: 13

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Order Confirming Chapter 13 Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: December 1, 2021

SIGNED: Lisa Manchak

TITLE: /s/Legal Assistant

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Timothy D. Newhart, aka Timothy Newhart, aka Tim D. Newhart, aka Tim Newhart, dba Newhart Stone Prtshp., | Chapter 13 |
| | Case No. 5:21-bk-01644-MJC |
| **Debtor 1** | |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on September 23, 2021. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated: November 24, 2021

By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

orcnfpln(05/18)

Bank of New York Mellon
10 Mason St.
Greenwich, CT 06830-5431

Community Bank & Trust
45-49 Court Street
P.O. Box 509
Canton, NY 13617-0509

Community Bank, N.A
PO Box 509
Canton, NY 13617-0509

One Main Financial
PO Box 3251
Evansville, IN 47731-3251

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Rebecca Ann Solarz
KML Law Group, P.C
701 Market St.
Suite 5000
Philadelphia, PA 19106-1541

Susquehanna Cty. Tax Claim Bureau
Courthouse
P.O. Box 218
Montrose, PA 18801-0218
Attn: Catherine Benedict

The Bank of New York Mellon Trustee
c/o Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, Colorado 80111-4720

Transworld Systems
P.O. Box 17221
Wilmington, DE 19850-7221

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625