United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-01644-MJC |
| Timothy D. Newhart | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Feb 14, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | #+ | Sheri Newhart, 5749 State Route 267, Meshoppen, PA 18630-7990 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 16, 2022      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as Trustee for the certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2006-13 bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Timothy D. Newhart tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Timothy D. Newhart a/k/a Timothy Newhart a/k/a Tim D. Newhart a/k/a Tim Newhart dba Newhart Stone Prtshp <br> Debtor | CHAPTER 13 |
| The Bank of New York Mellon F/K/A The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2006-13 <br> Movant <br> vs. | NO. 21-01644 MJC <br><br> 11 U.S.C. Sections 362 and 1301 |
| Timothy D. Newhart a/k/a Timothy Newhart a/k/a Tim D. Newhart a/k/a Tim Newhart dba Newhart Stone Prtshp <br> Debtor | |
| Sheri Newhart <br><br> Co-Debtor | |
| Jack N. Zaharopoulos, Esquire <br> Trustee | |

## ORDER

Upon consideration of the Stipulation filed at Dkt. # 35 in the above-captioned case ("Stipulation "), it is hereby

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 11, 2022