# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:     TIMOTHY D. NEWHART
TIMOTHY NEWHART, TIM D.
NEWHART, TIM NEWHART
NEWHART STONE PRTSHP

                                         CHAPTER 13

                   Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                           Movant                 CASE NO: 5-21-01644-MJC
vs.

TIMOTHY D. NEWHART etal.
                     Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on July 14, 2022, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:     July 14, 2022                                    Respectfully submitted,

                                                                          /s/    Agatha R. McHale, Esquire
                                                                          ID:  47613
                                                                          Attorney for Movant
                                                                          Jack N. Zaharopoulos, Trustee
                                                                          Standing Chapter 13 Trustee
                                                                          8125 Adams Drive, Suite A
                                                                          Hummelstown, PA 17036
                                                                          Phone:  (717) 566-6097
                                                                          email:  amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: TIMOTHY D. NEWHART
TIMOTHY NEWHART, TIM D.
NEWHART, TIM NEWHART
NEWHART STONE PRTSHP

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant           CASE NO: 5-21-01644-MJC

vs.

TIMOTHY D. NEWHART etal.
Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> August 9, 2022 at 09:30 AM
> U.S. Bankruptcy Court
> Max Rosenn U.S. Courthouse
> 197 S. Main Street
> Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 63,773.00**
   **AMOUNT DUE FOR THIS MONTH: $178.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $63,951.00**

**NOTE:**
   **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

   **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

   **If submitting payment by U.S. First Class Mail** mail to**:**
      **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: July 14, 2022

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos, Trustee
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: TIMOTHY D. NEWHART
TIMOTHY NEWHART, TIM D.
NEWHART, TIM NEWHART
NEWHART STONE PRTSHP

                                                                                                   CHAPTER 13

                      Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

                      Movant                     CASE NO: 5-21-01644-MJC

vs.

TIMOTHY D. NEWHART etal.
                      Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 14, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA 18504-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

Served by First Class Mail

TIMOTHY D. NEWHART
5749 STATE ROUTE 267
MESHOPPEN PA 18630

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 14, 2022                                    /s/ Matt Arcuri
                                                                             Office of the Standing Chapter 13 Trustee
                                                                              Jack N. Zaharopoulos, Trustee
                                                                              Suite A, 8125 Adams Dr.
                                                                              Hummelstown, PA 17036
                                                                              Phone: (717) 566-6097
                                                                              email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TIMOTHY D. NEWHART
AKA: TIMOTHY NEWHART, TIM D.
NEWHART, TIM NEWHART
DBA: NEWHART STONE PRTSHP

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-21-01644-MJC

vs.

TIMOTHY D. NEWHART
AKA: TIMOTHY NEWHART, TIM D.
NEWHART, TIM NEWHART
DBA: NEWHART STONE PRTSHP

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.