THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION
**********************************************************************

IN RE:                              :
                                    :       **CASE NO. 5-21-01644**
Timothy Newhart                     :
                                    :       **CHAPTER 13**

**********************************************************************************

### PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO CERTIFICATE OF DEFAULT
**********************************************************************************

AND NOW COMES, the Debtor, Timothy Newhart, by and through his attorney, Tullio DeLuca, Esq., and requests the withdrawal of Debtor's Objection to Trustee's Certificate of Default.   Trustee consents to the withdrawal.

Respectfully submitted,


Date:  January 17, 2024          /s/Tullio DeLuca_____
                                 Tullio DeLuca, Esq.,
                                 PA ID# 59887
                                 Attorney for Debtor
                                 381 N. 9th Avenue
                                 Scranton, PA 18504

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE:                                    :
                                          :      **CASE NO. 5-21-01644**
Timothy Newhart                           :
                                          :      **CHAPTER 13**


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The undersigned hereby certifies that on January 17, 2024, he caused a

true and correct copy of Debtor's Praecipe to Withdraw Debtor's Objection to the

Certificate of Default, to be served via electronic filing on the following CM/ECF

users:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com


Date:   January 17, 2024          /s/Tullio DeLuca
                                  Tullio DeLuca, Esq.