United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-01644-MJC |
| Timothy D. Newhart | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 18, 2024 | Form ID: pdf010 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy D. Newhart, 5749 State Route 267, Meshoppen, PA 18630-7990 |
| 5426849 | + | Bank of New York Mellon, 10 Mason St., Greenwich, CT 06830-5431 |
| 5426850 | + | Community Bank & Trust, 45-49 Court Street, P.O. Box 509, Canton, NY 13617-0509 |
| 5426851 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5426854 | + | Susquehanna Cty. Tax Claim Bureau, Courthouse, P.O. Box 218, Montrose, PA 18801-0218, Attn: Catherine Benedict |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Jan 18 2024 18:53:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Jan 18 2024 18:53:00 | The Bank of New York Mellon, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| 5429874 | ^ | MEBN | Jan 18 2024 18:50:28 | Community Bank, N.A., PO Box 509, Canton, NY 13617-0509 |
| 5426852 | | Email/PDF: cbp@omf.com | Jan 18 2024 19:07:10 | One Main Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5427673 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 18 2024 18:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5438747 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 18 2024 18:53:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 5426856 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 18 2024 18:53:00 | Transworld Systems, P.O. Box 17221, Wilmington, DE 19850-7221 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5426848 | | Amy Longworth, Need address |
| 5426853 | | Sheri Newhart |
| 5426855 | *+ | Timothy D. Newhart, 5749 State Route 267, Meshoppen, PA 18630-7990 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2024  Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2006-13 mfarrington@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Timothy D. Newhart tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| TIMOTHY D. NEWHART<br>AKA: TIMOTHY NEWHART,<br>TIM D. NEWHART,<br>TIM NEWHART<br>DBA: NEWHART STONE PRTSHP<br>        Debtor 1 | Chapter:    13<br><br>Case No.:    5:21-bk-01644-MJC |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br> vs.         Movant(s)<br><br>TIMOTHY D. NEWHART<br>AKA: TIMOTHY NEWHART,<br>TIM D. NEWHART,<br>TIM NEWHART<br>DBA: NEWHART STONE PRTSHP<br>        Respondent(s) | |

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 49, Debtor's Objection filed in response thereto, Dkt. # 50, and the subsequent withdrawal thereof, Dkt. # 55, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 18, 2024